UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

Date: **December 8, 2009**  HONORABLE HOWARD TALLMAN, Presiding

In re: **McSTAIN ENTERPRISES, INC.,**  Case No. **09-20249 HRT**
Debtor  Chapter 11

| | Appearances | | |
|---|---|---|---|
| Debtor | | Counsel | **Tom Connolly** |
| Creditor | **Minnick Family LLLP, Norma Kay Minnick, Pres Minnick** | Counsel | **Don Allen (by telephone)** |

Proceedings:  [ ] **Evidentiary Hearing**   [XX ] **Non-evidentiary Hearing**

Hearing on the Debtor's Motion to Dismiss Bankruptcy Case (docket #242)

[X]   The parties entered their appearances, and the Debtor tendered a revised proposed order.

Orders:

[X]   The Court will grant the Debtor's motion by separate order.

Date: **December 8, 2009**   FOR THE COURT:
*Bradford L. Bolton, Clerk*

By:   /s/ K. Lane Cutler
    Deputy Clerk