# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| MCSTAIN ENTERPRISES, INC., ) | CASE NO. 09-20249 HRT |
| ) | CHAPTER 11 |
| *Debtor.* ) | |

## ORDER ON MCSTAIN'S MOTION TO DISMISS BANKRUPTCY CASE

THIS MATTER comes before the Court on McStain's Motion to Dismiss Bankruptcy Case (the "*Motion*") filed by McStain Enterprises, Inc., debtor in possession ("*McStain*"). The Court, being advised in the premises, and no objections having been filed, hereby:

ORDERS that the Motion is GRANTED and the McStain bankruptcy case, Case No. 09-20249 is hereby DISMISSED pursuant to 11 U.S.C. § 1112(b).

IT IS FURTHER ORDERED:

(1) McStain shall pay to Connolly, Rosania & Lofstedt, P.C. such monies as is necessary to pay all unpaid professional fees and expenses incurred by McStain or the Official Committee of Unsecured Creditors (the "*Committee*") in the Chapter 11 proceedings. The monies shall be held for the benefit of the professionals in this case in the trust account of Connolly, Rosania & Lofstedt, P.C. pending approval by the Court.

(2) The Bankruptcy Court shall retain limited jurisdiction to award final professional fees and expenses in this case and such fees and expenses shall be promptly paid as an administrative expense claim from the Connolly, Rosania & Lofstedt, P.C. trust upon approval by the Bankruptcy Court.

(3) McStain shall provide notice of all board meetings to the former Committee members and such former Committee members shall be entitled to be present at the board meetings. Notwithstanding the foregoing, the former Committee members shall not be deemed board members and shall not be entitled to vote at such board meetings.

(4) McStain shall provide each month to the former Committee members, relevant financial information including a balance sheet, income statement and cash flow report footnoted with a summary of material sales or financing and the status of any new or pending litigation.

Dated: 12/08/09.

BY THE COURT:

_Howard Tallman_
The Honorable Howard R. Tallman
Chief Judge, United States Bankruptcy Court